BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>ANDY YUNG KWONG CHAN, ET AL.,  )<br>  )<br>           Defendants.  )<br>  )<br>_____ ) | CASE NO. 1:11-cr-00113 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER<br><br><br>DATE: September 19, 2011<br>TIME: 1:30 P.M.<br>PLACE: Courtroom Three<br>Honorable Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for July 25, 2011, at 1:30 p.m., be continued to September 19, 2011, at 1:30 p.m. before the Honorable Oliver W. Wanger, United States District Court Judge.

   The parties further stipulate and agree that the time between July 25, 2011, and September 19, 2011 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

1

Specifically, additional reports are forthcoming that need to be provided to the defense.  Additionally, the parties need time to review the discovery so offers can be formulated and evaluated.  The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: July 20, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                                    By /s/Laurel J. Montoya
                                       LAUREL J. MONTOYA
                                    Assistant U.S. Attorney


DATED: July 20, 2011                /S/ Alonzo J. Gradford
                                    ALONZO J. GRADFORD
                                    Attorney for Defendant
                                    Andy Yung Kwong Chan


DATED: July 20, 2011                /s/ Seth P. Chazin
                                    SETH P. CHAZIN
                                    Attorney for Defendant
                                    John Zhong Xian Huang


DATED: July 20, 2011                /s/ George Siddell
                                    GEORGE SIDDELL
                                    Attorney for Defendant
                                    Chiu Chuen Lau


DATED: July 20, 2011                /s/ Doron Weinberg
                                    DORON WEINBERG
                                    Attorney for Defendant
                                    Tony Chao Fan Luo


DATED: July 20, 2011                /s/ Kirk McAllister
                                    KIRK MCALLISTER
                                    Attorney for Defendant
                                    Michael Chau

///

///

1  DATED: July 20, 2011                    /s/ Harris B. Taback
2                                          HARRIS B. TABACK
                                           Attorney for Defendant
3                                          Yao Ming Yu

### **ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of July 25, 2011 at 1:30 p.m. be continued to September 19, 2011 at 1:30 p.m.  Time shall be excluded to and through that date.  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.


It is so Ordered...



DATED: July 20, 2011                    _/s/ OLIVER W. WANGER
                                         HON. OLIVER W. WANGER
                                         U.S. District Court Judge

3