```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00113 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND PROPOSED ORDER |
| v. | ) | |
| | ) | |
| ANDY YUNG KWONG CHAN, ET AL., | ) | |
| | ) | DATE: March 26, 2012 |
| Defendants. | ) | TIME: 1:30 P.M. |
| | ) | PLACE: Courtroom Two |
| | ) | Honorable Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for January 23, 2012, at 9:00 a.m., be continued to March 26, 2012, at 1:30 p.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between January 23, 2012, and March 26, 2012 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

1

1 Specifically, plea offers have been provided and plea negotiations
2 continue to be ongoing.  Additionally, counsel for defendant Huang
3 is getting ready to start a four week trial and the preparation
4 has been particularly time consuming.  The parties are requesting
5 an afternoon setting because defense counsel are traveling from
6 San Diego, Modesto, and the Bay Area.  The parties stipulate and
7 agree that the ends of justice served by granting this continuance
8 outweigh the best interests of the public and the defendant in a
9 speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

```
10  DATED: January 18, 2012            BENJAMIN B. WAGNER
                                       United States Attorney
11
12                                     By /s/Laurel J. Montoya
                                          LAUREL J. MONTOYA
13                                     Assistant U.S. Attorney

14

15  DATED: January 18, 2012            /S/ Alonzo J. Gradford
                                       ALONZO J. GRADFORD
16                                     Attorney for Defendant
                                       Andy Yung Kwong Chan
17

18  DATED: January 18, 2012            /s/ Seth P. Chazin
                                       SETH P. CHAZIN
19                                     Attorney for Defendant
                                       John Zhong Xian Huang
20

21  DATED: January 18, 2012            /s/ George Siddell
                                       GEORGE SIDDELL
22                                     Attorney for Defendant
                                       Chiu Chuen Lau
23

24  DATED: January 18, 2012            /s/ Doron Weinberg
                                       DORON WEINBERG
25                                     Attorney for Defendant
                                       Tony Chao Fan Luo
26

27  DATED: January 18, 2012            /s/ Kirk McAllister
                                       KIRK MCALLISTER
28                                     Attorney for Defendant
```

2

Michael Chau

DATED: January 18, 2012         /s/ Harris B. Taback
                                HARRIS B. TABACK
                                Attorney for Defendant
                                Yao Ming Yu

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of January 23, 2012, at 9:00 a.m. be continued to March 26, 2012, at 1:30 P.M.  Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: ____January 18, 2012____         _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

3