1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       )   CASE NO. 1:11-cr-00113 AWI
                                   )
11          Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE AND ORDER
12     v.                          )
                                   )
13 ANDY YUNG KWONG CHAN, ET AL.,   )
                                   )   DATE: May 21, 2012
14          Defendants.             )   TIME: 1:30 P.M.
                                   )   PLACE: Courtroom Two
15                                 )   Honorable Anthony W. Ishii
   _____ )
16

17      IT IS HEREBY STIPULATED by and between the parties through
18 their respective counsel, that the current status conference set
19 for March 26, 2012, at 1:30 p.m., be continued to May 21, 2012, at
20 1:30 p.m., before the Honorable Anthony W. Ishii, United States
21 District Court Judge.
22      The parties further stipulate and agree that the time between
23 March 26, 2012, and May 21, 2012 be excluded from the calculation
24 of time under the Speedy Trial Act.  The parties stipulate that
25 the ends of justice are served by the Court excluding such time,
26 so that counsel for the defendant may have time necessary for
27 effective preparation, taking into account the exercise of due
28 diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, plea

                                1

1 | offers have been provided and plea negotiations continue to be
2 | ongoing.  Additionally, counsel for defendant Huang just completed
3 | a four week trial which was particularly time consuming.  The time
4 | dedicated to the trial  preparation and the trial itself prevented
5 | adequate preparation for the matter before this court.  Further,
6 | counsel recently, March 21, 2012, expressed concern that perhaps
7 | all discovery had not been provided.  While the government
8 | believes that all discovery has been provided, the government
9 | needs additional time to address this with the parties.  The
10 | parties are requesting an afternoon setting because defense
11 | counsel are traveling from San Diego, Modesto, and the Bay Area.
12 | The parties stipulate and agree that the ends of justice served by
13 | granting this continuance outweigh the best interests of the
14 | public and the defendant in a speedy trial.  18 U.S.C. §§
15 | 3161(h)(7)(A).

DATED: March 22, 2012               BENJAMIN B. WAGNER
                                    United States Attorney


                                    By /s/Laurel J. Montoya
                                       LAUREL J. MONTOYA
                                    Assistant U.S. Attorney


DATED: March 22, 2012               /S/ Alonzo J. Gradford
                                    ALONZO J. GRADFORD
                                    Attorney for Defendant
                                    Andy Yung Kwong Chan


DATED: March 22, 2012               /s/ Seth P. Chazin
                                    SETH P. CHAZIN
                                    Attorney for Defendant
                                    John Zhong Xian Huang

//

//

//

2

```
1  DATED: March 22, 2012            /s/ George Siddell
                                    GEORGE SIDDELL
2                                   Attorney for Defendant
                                    Chiu Chuen Lau
3

4  DATED: March 22, 2012            /s/ Doron Weinberg
                                    DORON WEINBERG
5                                   Attorney for Defendant
                                    Tony Chao Fan Luo
6

7  DATED: March 22, 2012            /s/ Kirk McAllister
                                    KIRK MCALLISTER
8                                   Attorney for Defendant
                                    Michael Chau
9

10 DATED: March 22, 2012            /s/ Harris B. Taback
                                    HARRIS B. TABACK
11                                  Attorney for Defendant
                                    Yao Ming Yu
12
```

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of March 26, 2012, at 1:30 P.M. be continued to May 21, 2012, at 1:30 P.M.  Time shall be excluded to and through that date.  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    March 22, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

3