BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00113 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER |
| v. | ) | |
| | ) | |
| ANDY YUNG KWONG CHAN, ET AL., | ) | |
| | ) | DATE: June 18, 2012 |
| Defendants. | ) | TIME: 1:30 P.M. |
| | ) | PLACE: Courtroom Two |
| | ) | Honorable Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for May 21, 2012, at 1:30 p.m., be continued to June 18, 2012, at 1:30 p.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between May 21, 2012, and June 18, 2012 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, revised

1

plea offers have been recently provided and plea negotiations

continue to be ongoing.  The parties are requesting an afternoon

setting because defense counsel are traveling from San Diego,

Modesto, and the Bay Area.  The parties stipulate and agree that

the ends of justice served by granting this continuance outweigh

the best interests of the public and the defendant in a speedy

trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: May 17, 2012                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       By /s/Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                       Assistant U.S. Attorney


DATED: May 17, 2012                    /S/ Alonzo J. Gradford
                                       ALONZO J. GRADFORD
                                       Attorney for Defendant
                                       Andy Yung Kwong Chan


DATED: May 17, 2012                    /s/ Seth P. Chazin
                                       SETH P. CHAZIN
                                       Attorney for Defendant
                                       John Zhong Xian Huang


DATED: May 17, 2012                    /s/ George Siddell
                                       GEORGE SIDDELL
                                       Attorney for Defendant
                                       Chiu Chuen Lau


DATED: May 17, 2012                    /s/ Doron Weinberg
                                       DORON WEINBERG
                                       Attorney for Defendant
                                       Tony Chao Fan Luo


DATED: May 17, 2012                    /s/ Kirk McAllister
                                       KIRK MCALLISTER
                                       Attorney for Defendant
                                       Michael Chau

//

//

DATED: May 17, 2012            /s/ Harris B. Taback
                                       HARRIS B. TABACK
                                       Attorney for Defendant
                                       Yao Ming Yu

**ORDER**

     IT IS HEREBY ORDERED, that the Status Conference hearing of May 21, 2012, at 1:30 P.M. be continued to June 18, 2012, at 1:30 P.M.  Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:      May 18, 2012                                   
                             CHIEF UNITED STATES DISTRICT JUDGE