BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDY YUNG KWONG CHAN, ET AL.<br><br>Defendants, | CASE NO. 1:11-cr-00113 AWI<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 27, 2012 at 1:30 p.m.

2. By this stipulation, defendants now move to continue the status conference until October 22, 2012 at 1:30 p.m. and to exclude time between August 27, 2012 and, October 22, 2012 under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

Chan, et al. Stipulation and Proposed Order

1

a. The government has represented that the discovery associated with this case includes approximately 508 pages of investigative reports and related documents in electronic form as well as approximately 25 CDs of interviews, photographs and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Offers have been conveyed, counteroffers have been made, and plea agreements have been prepared as to several of the defendants that the parties felt were reasonably likely to result in the resolution. However, within the last week the government was provided information that potentially affects the offers that are currently outstanding and the status of the negotiations. Counsel for defendants and the government desire additional time to evaluate this information and reevaluate the offers that are outstanding.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2012 to August 27, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

Chan, et al. Stipulation and Proposed Order

2

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants Offers have been conveyed, counteroffers have been made, and plea agreements have been prepared as to several of the defendants that are reasonably likely to result in the resolution. in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  August 22, 2012              /s/ Laurel J. Montoya

                                                  LAUREL J. MONTOYA
                                                  Assistant United States Attorney

DATED:  August 22, 2012              /s/ Alonzo J. Gradford

                              ALONZO J. GRADFORD
                              Attorney for Defendant Andy Yung Kwong Chan

///

DATED: August 22, 2012              /s/ Seth P. Chazin

                              SETH P. CHAZIN

|   |   |
|---|---|
|   | Attorney for Defendant John Zhong Xian Huang |
|   |   |
| DATED: August 22, 2012 | /s/ George Siddell |
|   | GEORGE SIDDELL |
|   | Attorney for Defendant Chiu Chuen Lau |
|   |   |
| DATED:  August 22, 2012 | /s/ Doron Weinberg |
|   | DORON WEINBERG |
|   | Attorney for Defendant Tony Chao Fan Luo |
|   |   |
| DATED:  August 22, 2012 | /s/ Kirk McAllister |
|   | KIRK MCALLISTER |
|   | Attorney for Defendant Michael Chau |
|   |   |
| DATED: August 22, 2012 | /s/ Harris B. Taback |
|   | HARRIS B. TABACK |
|   | Attorney for Defendant Yao Ming Yu |

O R D E R

IT IS SO ORDERED.

Dated:   August 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE