**SETH P. CHAZIN, SBN 133777**
**ATTORNEY AT LAW**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 SOLANO AVENUE**
**ALBANY CA 94706**
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

Counsel for Defendant:
JOHN ZHONG XIAN HUANG

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00113-AWI-BAM |
| ) | |
| Plaintiff, ) | |
| ) | APPLICATION FOR ORDER |
| vs. ) | PERMITTING TRAVEL |
| ) | |
| JOHN ZHONG XIAN HUANG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**TO THE HONORABLE ANTHONY W. ISHII:**

The defendant JOHN ZHONG XIAN HUANG by and through his counsel, SETH P. CHAZIN, hereby makes application for an order permitting the defendant to travel to Southern California to visit family, departing the Northern District on July 25, 2015, and returning July 30, 2015.  Defendant will provide his itinerary and contact information to Pre-trial Services.  Pre-trial Services Officer Timothy R. Elder II and Assistant United States Attorney Laurel J. Montoya have indicated that they have no objection to this request to travel.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct, except as to those matters stated on information and belief, and that this application was executed on June 6, 2015, in Albany, California.

                                        _____/s/_____
                                        **SETH P. CHAZIN**
                                        **Attorney for Defendant**
                                        **JOHN ZHONG XIAN HUANG**

**SETH P. CHAZIN, SBN 133777**
**ATTORNEY AT LAW**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 SOLANO AVENUE**
**ALBANY CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**

**Attorneys for Defendant:**
**JOHN ZHONG XIAN HUANG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:11-CR-00113-AWI-BAM** |
| **Plaintiff,** | **ORDER PERMITTING TRAVEL** |
| vs. | |
| **JOHN ZHONG XIAN HUANG,** | |
| **Defendant.** | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant, John Zhong Xian Huang, may travel to Southern California, departing on July 25, 2015, and shall return on July 30, 2015.  The defendant shall provide his itinerary with contact information to Pre-trial Services prior to his departure.

IT IS SO ORDERED.

Dated:   July 7, 2015                                _____
                                                                         SENIOR  DISTRICT  JUDGE

- 2 -