ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
Andy Yung Kwong Chan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00113-AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTION TO SUPPRESS EVIDENCE HEARING** |
| vs. | |
| ANDY YUNG KWONG CHAN, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current motion to suppress evidence hearing and any due dates currently set pertaining to such hearing set for November 30, 2015 at 1:30 p.m., be vacated and a motion to suppress evidence hearing date be set for January 25, 2016 at 1:30 p.m. The reason for this continuance is that defense counsel Robert W. Lyons has requested discovery pertinent to the motion to suppress evidence, which the government is still working on obtaining in order to provide to defense counsel.  In addition, defense counsel noted discovery that appears "blacked out" and the government is looking into that issue.   Mr. Lyons has contacted all other pertinent counsel in this matter and all parties agree to set a new motion to suppress evidence hearing date for January 25, 2016 at 1:30 p.m. and vacate all other dates, including the motions due date.

For the factual reason above, the parties agree that the time between November 30, 2015 and January 25, 2016 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the motion to suppress evidence hearing to January 25, 2016 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the motion to suppress evidence hearing to January 25, 2016 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

For the above reasons, the parties respectfully request a continuance of the matter to January 25, 2016.

Date: September 21, 2015

/s/Robert W. Lyons
Robert W. Lyons
Attorney for Andy Chan

Date: September 21, 2015

/s/Laurel J. Montoya
Laurel J. Montoya
Assistant United States Attorney

Date: September 21, 2015

/s/Seth P. Chazin
Seth P. Chazin
Attorney for John Huang

Date: September 21, 2015

/s/Kirk McAllister
Kirk McAllister
Attorney for Michael Chau

Date: September 21, 2015

/s/Harris B. Taback
Harris B. Taback
Attorney for Yao Yu

IT IS SO ORDERED.

Dated:   September 24, 2015

SENIOR DISTRICT JUDGE

STIPULATION TO VACATE CURRENT DATES AND SET NEW MOTION TO SUPPRESS EVIDENCE HEARING - 2