BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00113-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDY CHAN, ET AL., | DATE: April 11, 2016 |
| Defendants. | TIME: 1:30 p.m.<br>COURT: Hon. Anthony W. Ishii |

**STIPULATION**

1. By previous order, this matter was set for status on January 25, 2016.

2. By this stipulation, defendants now move to continue the status conference until April 11, 2016, and to exclude time between January 25, 2016, and April 11, 2016, under 18 U.S.C. § 3161.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government located and provided discovery to new attorney Robert Lyons that was missing from what provided by previous counsel for defendant Andy Chan.

   b) Additional time is needed to review the recently provided discovery as it relates to the previously scheduled pretrial motion to suppress evidence.

   c) Additional time is needed for filing of pretrial motions, the filing of which would result in an exclusion of time while said motion is pending.

   d) Counsel for defendants believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2016 to April 11, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), (7)(A), and (B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. A briefing schedule will be filed with the court once the parties meet and confer.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 15, 2016        BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ LAUREL J. MONTOYA
                  LAUREL J. MONTOYA
                  Assistant United States Attorney

Dated: January 15, 2016        /s/ Robert W. Lyons
                  ROBERT W. LYONS
                  Counsel for Defendant
                  Andy Chan

///

| | |
|---|---|
| Dated:  January 15, 2016 | /s/ Seth Chazin<br>SETH P. CHAZIN<br>Counsel for Defendant<br>John Xiong Huang |
| Dated:  January 15, 2016 | /s/ Harris B. Tabak<br>HARRIS B. TABAK<br>Counsel for Defendant<br>Yao Ming Yu |
| Dated:  January 15, 2016 | /s/ Kirk McAllister<br>KIRK MCALLISTER<br>Counsel for Defendant<br>Michael Chau |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   January 16, 2016                    _____
                                                                    SENIOR  DISTRICT  JUDGE