ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
Andy Yung Kwong Chan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDY YUNG KWONG CHAN,<br><br>  Defendant. | Case No.: 1:11-cr-00113-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO SUPPRESS EVIDENCE HEARING** |

  The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current motion to suppress evidence hearing and any due dates currently set pertaining to such hearing set for April 11, 2016 at 1:30 p.m., be vacated and a motion to suppress evidence hearing date be set for July 25, 2016 at 1:30 p.m. The reason for this continuance is that defense counsel Robert W. Lyons has received a vital piece of evidence to be considered in preparation of the motion, which is a digital recording of the alleged consent to search by defendant Chan in this case.  Upon review, portions of the recording are inaudible due to the conversation taking place right next to a diesel truck engine running.  Defense counsel reached out to the AUSA Laurel Montoya to let her know the status and she was very helpful in suggesting we hold off on our forensics so that she could reach out to the DEA to see if they could do the enhancements.  The AUSA contacted defense counsel and indicated the DEA Digital Evidence Lab could not do the enhancements, but they provided her with the

contact info for the DEA in Houston to perform the work.     Ms. Montoya is still awaiting response from the DEA in Houston regarding the request.  In addition, defense counsel has notified Ms. Montoya that it appears there are several Bates numbered discovery pages missing from the CDs provided and her office is looking into that.  During the work noted above, defense counsel, the AUSA and even defense counsel's private investigator have all suffered from respiratory infection for some time.  Defense counsel Robert Lyons has contacted all other pertinent counsel in this matter and all parties agree to set a new motion to suppress evidence hearing date and vacate all other dates, including the motions due date.

     For the factual reason above, the parties agree that the time between April 11, 2016 and July 25, 2016 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

     The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the motion to suppress evidence hearing to July 25, 2016 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the motion to suppress evidence hearing to July 25, 2016 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

For the above reasons, the parties respectfully request a continuance of the matter to July 25, 2016.

Date:  April 7, 2016

        /s/Robert W. Lyons
        Robert W. Lyons
        Attorney for Andy Chan

Date:  April 7, 2016

        /s/Laurel J. Montoya
        Laurel J. Montoya
        Assistant United States Attorney

Date:  April 7, 2016

        /s/Seth P. Chazin
        Seth P. Chazin
        Attorney for John Huang

Date:  April 7, 2016                                       /s/Kirk McAllister
                                                                         Kirk McAllister
                                                                         Attorney for Michael Chau

Date:  April 7, 2016                                       /s/Harris B. Taback
                                                                         Harris B. Taback
                                                                         Attorney for Yao Yu

**ORDER**

The motion to suppress evidence hearing set for April 11, 2016 is hereby continued to July 25, 2016  @ 1:30. Time is excludable in that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial. To ensure both effective case preparation and the availability of defense counsel. Pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   April 7, 2016                              _____
                                                                      SENIOR  DISTRICT  JUDGE