PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00113-AWI-BAM |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDY CHAN, ET AL., | DATE: July 25, 2016
TIME: 1:30 p.m.
COURT: Hon. Anthony W. Ishii |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for Motion to Suppress Evidence on July 25, 2016.

2. By this stipulation, defendants now move to continue the Motion to Suppress Evidence until December 12, 2016, and to exclude time between July 25, 2016, and December 12, 2016, under 18 U.S.C. § 3161.

3. The parties agree and stipulate, and request that the Court find the following:

    a) An audio recording previously provided in discovery purports to be the consent to search the premises which likely has a bearing on the motion to suppress. The background noise is so loud it is extremely difficult to hear the entire conversation. The audio recording was submitted to DEA so the removal or reduction of the background noise could be attempted.

    b) The government was advised on June 28, 2016 that an additional four (4) weeks was needed for the analysis of the audio recording. Once completed, additional time is needed to

1

receive and review the audio recording as it relates to the previously scheduled pretrial motion to suppress evidence. Additional time is needed for filing of pretrial motions, the filing of which would result in an exclusion of time while said motion is pending.

        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2016 to December 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), (7)(A), and (B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        A briefing schedule will be filed with the court once the parties meet and confer.

5.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 7, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: July 7, 2016 | /s/ Robert W. Lyons<br>ROBERT W. LYONS<br>Counsel for Defendant<br>Andy Chan |
| Dated: July 7, 2016 | /s/ Seth Chazin<br>SETH P. CHAZIN<br>Counsel for Defendant<br>John Xiong Huang |
| Dated: June 29, 2016 | /s/ Harris B. Tabak<br>HARRIS B. TABAK<br>Counsel for Defendant<br>Yao Ming Yu |
| Dated: July 7, 2016 | /s/ Kirk McAllister<br>KIRK MCALLISTER<br>Counsel for Defendant<br>Michael Chau |

**ORDER**

IT IS SO ORDERED.

Dated:   July 7, 2016

_____
SENIOR DISTRICT JUDGE

3