**SETH P. CHAZIN (CA SBN 133777)**
**Attorney at Law**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 Solano Avenue**
**Albany, CA 94706**
**Telephone (510) 507-8100**
**Facsimile (510) 525-0087**

**Attorney for Defendant**
**John Zhong Xian Huang**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No.: 1:11-cr-00113-AWI (002)** |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ~~[PROPOSED]~~** |
| ) | **ORDER MODIFYING CONDITIONS** |
| **vs.** ) | **OF RELEASE** |
| ) | |
| **JOHN ZHONG XIAN HUANG,** ) | |
| ) | |
| **Defendant.** ) | |

Based on the recommendation of defendant's Pretrial Services Officer, Zaren Craddock, and wherein the defendant has had no problems whatsoever while on Pretrial Supervision throughout the pendency of this case, the defendant **JOHN ZHONG XIAN HUANG,** by and through his counsel **SETH P. CHAZIN,** and the United States, by and through **AUSA LAUREL MONTOYA,** hereby stipulate that the defendant's conditions of release should be modified to relieve the defendant of supervision by Pretrial Services although the following conditions should remain:

(1) The defendant shall not violate any federal, state or local law;

(2) The defendant shall immediately advise the court, defense counsel and the United States in writing of any change in address and telephone number;

(3) The defendant shall appear in court as ordered and must surrender to serve any sentence imposed.

(4) The defendant shall remain released on a $20,000 unsecured bond signed by John Zhong Xian Huang and Bernice Chung

(5) The defendant's passport shall continue to remain in the custody the Clerk of the Court pending further order of the court and the defendant shall not obtain any other passport during the pendency of this case.

**IT IS SO STIPULATED.**

Date:  **August 26, 2016**                     _____/s/_____
                                                             **SETH P. CHAZIN**
                                                             **ATTORNEY FOR JOHN Z. X. HUANG**


Date:  **August 26, 2016**                     _____/s/_____
                                                             **LAUREL MONTOYA**
                                                             **ASSISTANT UNITED STATES ATTORNEY**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN ZHONG XIAN HUANG,**<br><br>Defendant. | ) Case No.: **1:11-cr-00113-AWI**<br>)<br>) ~~**[PROPOSED]**~~ **ORDER MODIFYING**<br>) **DEFENDANT'S CONDITIONS OF**<br>) **RELEASE**<br>)<br>)<br>)<br>)<br>) |

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED**, that that the defendant's conditions of release shall be modified to relieve the defendant of supervision by Pretrial Services.

**IT IS FURTHER ORDERED THAT** the defendant shall continue to abide by the following conditions:

(1) The defendant shall not violate any federal, state or local law;

(2) The defendant shall immediately advise the court, defense counsel and the United States in writing of any change in address or telephone number;

(3) The defendant shall appear in court as ordered and must surrender to serve any sentence imposed.

(4) The defendant shall remain released on a $20,000 unsecured bond signed by John Zhong Xian Huang and Bernice Chung.

(5) The defendant's passport shall continue to remain in the custody the Clerk of the Court pending further order of the court and the defendant shall not obtain any other passport during the pendency of this case.

IT IS SO ORDERED.

Dated: __**August 31, 2016**__           _____/s/ *Barbara A. McAuliffe*_____

UNITED STATES MAGISTRATE JUDGE